AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

## UNITED STATES DISTRICT COURT
For the District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>**Ernest D. Chavez**<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Case No. **25-08277MJ-001-PHX-JZB**<br>)<br>) Charging District: Southern District of Ohio<br>) Charging District's Case No. 1:25-CR-40 |

☒ FILED ☐ RECEIVED
APR 30 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| **Place**:<br>Potter Stewart United States Courthouse 100 East Fifth Street, Cincinnati, OH 45202<br><br>MAGISTRATE JUDGE:<br>Judge Stephanie K. Bowman | **Courtroom No.:** 5, Room 701 |
|---|---|
| | **Date:** May 20, 2025<br>**Time:** 1:30 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: April 30, 2025

*Judge's signature*

John Z. Boyle, United States Magistrate Judge
*Printed name and title*

cc: AUSA, Def Cnsl, electronically sent to USMS on 5/1/2025 AO