CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:25-mj-08277-JZB-1 *SEALED*
### Internal Use Only

| | |
|---|---|
| Case title: USA v. SEALED | Date Filed: 04/29/2025 |
| Plea Filings | Sentencing Filings |
| Other court case number: 1:25CR40 Southern District of Ohio | Date Terminated: 04/30/2025 |

Assigned to: Magistrate Judge John Z Boyle

**Defendant (1)**

| | | |
|---|---|---|
| **Ernest D Chavez**<br>78015-511<br>*TERMINATED: 04/30/2025*<br>also known as<br>Lax<br>*TERMINATED: 04/30/2025* | represented by | **Laura Lynn Sandoval-Green**<br>Federal Public Defender's Office - Phoenix<br>250 N 7th Ave., Ste. 600<br>Phoenix, AZ 85007<br>602-382-2700<br>Email: lauralynn_sandoval@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:371 - Conspiracy | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Stuart James Zander**<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square |

40 N Central Ave., Ste. 1800  
Phoenix, AZ 85004-4408  
602-514-7500  
Email: stuart.zander@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2025 | 1 | Arrest (Rule 5 - Southern District Ohio) of Ernest D Chavez. (MAP) (Entered: 04/29/2025) |
| 04/30/2025 | 🔒 2 | **Pretrial Services Bail Report** as to Ernest D Chavez filed by Pretrial Services. (MAP) (Entered: 04/30/2025) |
| 04/30/2025 | 🔒 3 | *SEALED* MINUTE ENTRY for proceedings held before Magistrate Judge John Z Boyle: Initial Appearance in Rule 5(c)(3) Proceedings as to Ernest D Chavez held on 4/30/2025. Court Appoints Laura Lynn Sandoval-Green (AFPD) for hearings in the District of Arizona only. Rule 5(c)(3) Identity Hearing waived. Government is not seeking detention. Defendant is released with conditions. Conditions of release reviewed with the Defendant on the record. The Court advises Defendant that an Order to appear for his future court date in the Northern District of Ohio has not been received as of the start of this hearing, he is further advised to stay in contact with his attorney to be notified once that date is received. LATER: Defendant ORDERED to appear on May 20, 2025 at 1:30PM in courtroom 5 room 701, Potter Stewart US Courthouse 100 E. 5th St, Cincinnati, OH 45202 before Judge Bowman. (Recorded by COURTSMART.) Hearing held 3:03 PM to 3:10 PM. (cc: AUSA/Dfns Cnsl/USMS)(MAP) (Entered: 05/04/2025) |
| 04/30/2025 | 🔒 4 | SEALED CJA 23 Financial Affidavit by Ernest D Chavez. (MAP) (Entered: 05/04/2025) |
| 04/30/2025 | 5 | ORDER Setting Conditions of Release as to Ernest D Chavez. Signed by Magistrate Judge John Z Boyle on 4/30/25. (cc: AUSA/Dfns Cnsl/USMS) (MAP) (Entered: 05/04/2025) |
| 04/30/2025 | 6 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING to District of Southern District of Ohio as to Ernest D Chavez. Signed by Magistrate Judge John Z Boyle on 4/30/25. (cc: AUSA/Dfns Cnsl/electronically sent to USMS on 5/1/2025 by AO) (MAP) (Entered: 05/04/2025) |
| 04/30/2025 | 7 | Notice to Southern District of Ohio of a Rule 5 or Rule 32 Initial Appearance as to Ernest D Chavez. Your case number is: 1:25-CR-40. The case is SEALED.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (MAP) (Entered: 05/04/2025) |
| 05/04/2025 | 🔒 | (Court only) ***Staff Notes as to Ernest D Chavez: Pursuant to the Order to Appear filed, the following sealed documents are forwarded to Southern District of Ohio: 3-6 and docket sheet. (MAP) (Entered: 05/04/2025) |