**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | | |
|---|---|---|
| **U.S. Magistrate Judge:** John Z. Boyle | **Date:** April 30, 2025 | **SEALED** |
| **USA v. Ernest D. Chavez** | **Case Number:** 25-08277MJ-001-PHX-JZB | |

**Assistant U.S. Attorney:** Christine Keller
**Attorney for Defendant:** Sandoval, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Summons ☐ Writ

**INITIAL APPEARANCE**
**Date of Arrest:** April 29, 2025

This is the time set for Initial Appearance on a Rule 5 Indictment out of the Southern District of Ohio. FINANCIAL AFFIDAVIT TAKEN. The Court Appoints AFPD Laura Lynn Sandoval-Green for hearings in the District of Arizona only. Brady Announcement given. Identity Hearing waived. The Court finds that identity has been established.

Government is not seeking detention. Defendant is released with conditions. Conditions of release reviewed with the Defendant on the record. The Court advises Defendant that an Order to appear for his future court date in the Northern District of Ohio has not been received as of the start of this hearing, he is further advised to stay in contact with his attorney to be notified once that date is received.

**LATER:** Defendant ORDERED to appear on **May 20, 2025 at 1:30PM** in courtroom 5 room 701, Potter Stewart US Courthouse 100 E. 5th St, Cincinnati, OH 45202 before Judge Bowman.

As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings

| | |
|---|---|
| **Recorded By** Courtsmart | **IA** 3 min |
| **Deputy Clerk** Amber Ocamb | **ID** 1 min |
| | **DH** 3 min |
| | **Start:** 3:03 PM |
| | **Stop:** 3:10 PM |

cc: AUSA, Def Cnsl, USMS