CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER
FOR
AT

IN THE CASE OF United States v. Ernest D. Chavez

PERSON REPRESENTED (Show your full name): Ernest D. Chavez

1 ☒ Defendant
2 ☐ Defendant
3 ☐ Appellant
4 ☐ Probationer
5 ☐ Supervisee
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (Describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

Court of Appeals

☒ FILED ☐ LODGED
APR 30 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Do you have a job? ☐ Yes ☐ No
- IF YES, how much do you earn per month? ___
- Will you still have a job after this arrest? ☐ Yes ☐ No ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ 8000 | |
| Boat | $ | |
| Stocks/bonds | $ | |
| Other property | $ | |

**CASH & BANK ACCOUNTS**
- Do you have any cash, or money in savings or checking accounts? ☐ Yes ☐ No
- IF YES, give the total approximate amount after monthly expenses $ ___

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? ___

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 1980 | $ |
| Groceries | $ 350 | $ |
| Medical expenses | $ | $ |
| Utilities | $ ~~200~~ 400 | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $ | $ |
| Childcare | $ | $ |
| Child support | $ 200 | $ |
| Insurance | $ 125 | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_[signature]_  4/30/2025

SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)   Date