**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:25-CR-40** |
| | ) | |
| Plaintiff, | ) | **JUDGE HOPKINS** |
| | ) | **MAGISTRATE JUDGE BOWMAN** |
| | ) | |
| v. | ) | **RESPONSE TO MOTION** |
| | ) | |
| **ERNEST D. CHAVEZ** | ) | **18 U.S.C. § 371** |
| a/k/a "Lax," | ) | |
| | | |
| Defendant. | | |

The Government does not object to Defendant Ernest Chavez's request to continue his in-person arraignment until the week of June 16, 2025. The Government respectfully requests that the arraignment be scheduled for any day between June 17 and June 20, 2025.

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

ADAM R.F. GUSTAFSON
ACTING ASSISTANT ATTORNEY GENERAL

  /s Adam Cullman
ADAM C. CULLMAN (KY #93912)
Special Assistant United States Attorney &
Sr. Trial Attorney, Environmental Crimes Section
Environment and Natural Resources Division
221 E. 4th St. Ste. 400
Cincinnati, OH 45202
adam.cullman@usdoj.gov