**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERNEST D. CHAVEZ,<br><br>　　　　Defendant. | Case No. 1:25-cr-00040(1)<br>Hopkins, J. |

**ORDER**

This matter is before the Court on Defendant's Motion to Continue Arraignment Date (doc. 46) to which the United States is unopposed (doc. 47).

The Defendant is tentatively scheduled to appear before the undersigned for Initial Appearance and Arraignment on Indictment on May 20, 2025, having previously appeared in the District of Arizona on April 23, 2025 where he was released on an own recognizance bond.

In the instant motion, Defendant seeks a continuance to his appearance in this district for approximately one (1) month, due to a serious work injury sustained in November 2024 which has resulted in an extended period of unemployment. This unemployment has created significant financial issues for the Defendant, making it extremely difficult to afford travel to the Southern District of Ohio without sufficient advance planning.

Having reviewed this matter, the Court finds Defendant's motion well taken. Accordingly, the motion (doc. 46) is **GRANTED**. The Initial Appearance and Arraignment

on Indictment in this matter is hereby tentatively **CONTINUED** to June 20, 2025 at 1:30 p.m. before Magistrate Judge Karen L. Litkovitz in Courtroom 708.

**SO ORDERED**.

*s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Chief Magistrate Judge